## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

PATRICIA WOODSON                                                     PLAINTIFF

V.                            NO. 3:12CV00086 JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                       DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered

in favor of Defendant, dismissing this case, with prejudice.

DATED this 6th day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE